993 F.2d 1556
 Seasholtz (J.E.), Estate of Seasholtz (Lula Belle Cribb),
Seasholtz (Grant)
v.
Ware Memorial Hospital, Bates (Roger A.), Packer (Robert M.,
III, M.D.), Ferrell (T.J., Jr., M.D.), American National Red
Cross, Stebler (Michael, M.D.), Lynch (Richard, M.D.), O.
Wayne Ellerbee, P.C., Beckham and McAliley, P.A., St. Luke's
Hospital, Mag Mutual Insurance Company, St. Paul Fire and
Marine Insurance, Packer (Robert M., Jr., M.D.)
 NO. 92-8037
 United States Court of Appeals,
Eleventh Circuit.
 May 25, 1993
 S.D.Ga., 989 F.2d 1199
 
 1
 DENIALS OF REHEARING EN BANC.